UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN ALE CHAVARRIA,

    Defendant.

Case: 4:21-cr-20749
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis

FILED
NOV 16 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(e)(1)
### Felon in Possession of a Firearm

On or about March 23, 2020, in the Eastern District of Michigan, ADRIAN ALE CHAVARRIA, knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, model 669, 9mm Luger caliber, semiautomatic pistol, in violation of 18 U.S.C. § 922(g)(1).

Defendant, ADRIAN ALE CHAVARRIA, having at least three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Indictment, ADRIAN ALE CHAVARRIA shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to a Smith & Wesson, model 669, 9mm Luger caliber, semiautomatic pistol, serial number TAJ2412, one high-capacity magazine and 25 rounds of 9 millimeter ammunition.

THIS IS A TRUE BILL.

s/FOREPERSON

Dated: November 16, 2022

DAWN N. ISON
United States Attorney

s/NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI 48502
(810) 766-5177

s/ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21-cr-20749 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☒No | **AUSA's Initials: NAA** |

**Case Title:** USA v. ADRIN ALE CHAVARRIA

**County where offense occurred:** Genesee

**Offense Type:** Felony

## Superseding Case Information

**Superseding to Case No:** 21-cr-20749     **Judge:** Kumar

**Reason: Add a charge**

| **Defendant Name** | **Charges**<br>18 U.S.C. §924(e)(1) | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 16, 2022
Date

*Nancy A. Abraham*
Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
nancy.abraham@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.